U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2003 DEC 31 AM II: 27
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLOTTE SORINA-WASHINGTON | * | CIVIL ACTION 03-3643 |
| | * | |
| VERSUS | * | NO. |
| | * | |
| MOBILE MINI, INC. AND | * | SECTION SECT. J |
| XYZ INSURANCE COMPANY | * | MAGISTRATE MAG 2 |
| * * * * * * * * * * * * * * * * | * | **JURY TRIAL DEMANDED** |

**COMPLAINT FOR DAMAGES - NEGLIGENCE**

The Complaint of Charlotte Sorina-Washington, a person of a full age of majority and a resident and domiciliary of the Parish of St. Tammany, State of Louisiana, avers, with respect, as follows:

1.      Made defendant is Mobile Mini, Inc., an Arizona business corporation authorized to do and doing business in the Parish of St. Tammany, State of Louisiana which holds its principal place of business at 2500 West Airline Highway in LaPlace, Louisiana.  Further made defendant is XYZ Insurance Company, a fictitious insurance company, presently unknown, which maintained a policy of liability insurance in favor of Mobile Mini, Inc.  At all times pertinent hereto, the actions complained of herein occurred within the Parish of St. Tammany, State of Louisiana.

2.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1332 as there is diversity of citizenship and an amount in controversy which exceeds $75,000 exclusive of interest and costs.

Fee 150.
Process CAG
Dktd CAG
CtRmDep
Doc. No. 1

3.      On or about January 2003, Plaintiff Charlotte Sorina-Washington (Sorina) contracted to have her home renovated which required having her household possessions and new purchases placed and stored in a container which had been leased from Defendant Mobile Mini, Inc. (Mobile Mini). Mobile Mini is in the business of providing the public with container-based storage. At all times, it was the duty of Mobile Mini to provide reasonably secure and dry containers capable of protecting contents from rain and the elements.

4.      Shortly after having leased the container, Sorina was called to active duty with the United States Army as a result of the Iraqi War. After her departure, Sorina's contractor notified her of a leak in the container. Sorina then notified Mobile Mini who dispatched its agent to repair the leak. Sorina, in addition, gave Mobile Mini a point of contact for the insurance adjuster for damage to her property. Mobile Mini failed to make contact with this individual or with Sorina.

5.      At the end of May 2003, Sorina was again contacted by the contractor who informed her that the container had been removed from the premises. Sorina immediately contacted the Mobile Mini office in LaPlace, Louisiana and informed them of her missing container. Mobile Mini informed Sorina that it had "repossessed" the container for non payment despite the fact that Sorina had previously arranged for an automatic bank draft for all future payments. After several conversations with Mobile Mini in an attempt to correct the problem, Sorina found it necessary to leave her duty station and return home to see to her property.

6.      When Sorina returned home, she went to Mobile Mini in LaPlace, Louisiana and met with her insurance adjuster, Laurie (last name unknown), the manager of Mobile Mini, and Stephen Story, Mobile Mini's insurance adjuster. Eventually, Mobile Mini provided Sorina with the labor necessary

2

to unpack and assess the damage to her property.  Mr. Story determined that Sorina's property was a "total loss." Mr. Story admitted that Sorina's property was wrongfully repossessed, and Sorina was instructed to compose a list of all her damages and submit it to Mr. Story.  Sorina was assured by Laurie (last name unknown) that the matter had been straightened out.

7.      The items destroyed as a result of the negligence of Mobile Mini were extensive and included many furniture items, electronics, items of great value and personal significance, linens, clothing and a number of miscellaneous items.  The value of these items exceeds $92,000.00.  Additionally, Sorina has suffered great out-of-pocket expense, personal anguish and loss, having lost virtually all of her earthly possessions and this while she has been involuntarily away traveling and working long and grueling hours in the service of the United States.

8.      Sorina desires and is entitled to a trial by jury on all issues so triable.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Charlotte Sorina-Washington prays that Defendants Mobile Mini, Inc. and XYZ Insurance Company be cited and served with this, her Complaint, and that after due proceedings had, there be judgment rendered in favor of Plaintiff Charlotte Sorina-Washington and against Defendants Mobile Mini, Inc. and XYZ Insurance Company in an amount to be determined as just under the circumstances, for all costs of these proceedings, attorney's fees as allowed by law and for legal interest from the date of judicial demand.

Plaintiff Charlotte Sorina-Washington further prays for a trial by jury on all issues so triable.

Respectfully submitted,

DALE E. WILLIAMS, BAR #18709
Law Office of Dale Edward Williams
4508 Clearview Parkway, Suite 1-B
Metairie, Louisiana 70006-2379
Telephone: (504) 889-0700
Facsimile:  (504) 887-3422

4