

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLOTTE SORINA-WASHINGTON | * | CIVIL ACTION |
| VERSUS | * | NO. 03-3643 |
| MOBILE MINI, INC. AND | * | SECTION J |
| XYZ INSURANCE COMPANY | * | MAGISTRATE 2 |

### UNOPPOSED MOTION AND ORDER TO CONTINUE HEARING

NOW INTO COURT, through undersigned counsel, comes Plaintiff Charlotte Sorina-Washington, who respectfully moves this Court to continue the hearing on Defendant's Motion for Partial Summary Judgment and Motion for Summary Judgment.

The hearing is currently set for January 5, 2005 at 9:30 a.m., making Plaintiff's opposition due on December 28, 2004. Plaintiff's counsel will be out of the office all day in depositions on Thursday, December 23, 2004, and his office is closed on Friday, December 24, 2004 in observance of the Christmas holidays.

Therefore, Plaintiff Charlotte Sorina-Washington respectfully requests this Honorable Court to continue the hearing on Defendant's Motion for Partial Summary Judgment and Motion for Summary Judgment until the next available hearing date, which is January 19, 2005 at 9:30 a.m.

DATE OF ENTRY
DEC 2 8 2004

Fee____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No_____

Counsel for Defendant Mobile Mini, Inc. has been contacted and does not oppose the brief continuance sought by Plaintiff.

Wherefore, premises considered, it is hereby ORDERED that Defendant Mobile Mini, Inc.'s Motion for Partial Summary Judgment and Motion for Summary Judgment will be heard on Wednesday, January 19, 2005 at 9:30 a.m. or as soon thereafter as counsel may be heard.

New Orleans, Louisiana, this 21 day of December 2004.

_____
JUDGE

Respectfully submitted,

_____
DALE E. WILLIAMS, BAR #18709
Law Office of Dale Edward Williams
4508 Clearview Parkway, Suite 1-B
Metairie, Louisiana 70006-2379
Telephone: (504) 889-0700
Facsimile: (504) 887-3422

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served upon all counsel of record via facsimile and/or United States First Class Mail, properly addressed and postage prepaid, on this 22nd day of December 2004.

_____
DALE E. WILLIAMS