UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLOTTE SORINA-WASHINGTON           CIVIL ACTION

VERSUS                                 NO: 03-3643

MOBILE MINI, INC. AND XYZ              SECTION: "J" (2)
INSURANCE COMPANY

### J U D G M E N T

In accordance with the Court's order granting defendant's Motion for Summary Judgment,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in Civil Action 03-3643 in favor of plaintiff, Charlotte Sorina-Washington, and against defendant Mobile Mini, Inc. in the amount of $2560.00 with legal interest from the date of judicial demand. Each party shall bear its own costs.

New Orleans, Louisiana this the 20th day of December, 2005.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE