UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLOTTE SORINA-WASHINGTON | * | CIVIL ACTION #03-3643 |
| | * | |
| VERSUS | * | SECTION: LORETTA G. WHYTE |
| | * | CLERK |
| MOBILE MINI, INC. AND | * | MAGISTRATE: 2 |
| XYZ INSURANCE COMPANY | * | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
MAY 18 2006

## JOINT MOTION OF DISMISSAL

NOW INTO COURT, through undersigned counsel, comes CHARLOTTE SORINA-WASHINGTON, Plaintiff in the above captioned suit, and MOBILE-MINI, INC., Defendant, and on suggesting to the Court, that the suit of CHARLOTTE SORINA-WASHINGTON has been settled and compromised as to the Defendant, and any and all other parties, jointly move this Court for a Order of Dismissal with prejudice of all allegations, claims and/or causes of action in the above numbered and captioned matter.

WHEREFORE, the premise considered, Plaintiff, CHARLOTTE SORINA-WASHINGTON, and Defendant, MOBILE-MINI, INC., jointly pray that all claims in the above numbered and captioned matter be dismissed with prejudice.

Respectfully submitted,

BY: _____
DALE WILLIAMS # 18709
212 Park Place
Covington, LA  70433
Phone: (985) 898-6368
ATTORNEY FOR PLAINTIFF, CHARLOTTE SORINA-WASHINGTON

BY: _____
MICHAEL J. REMONDET, JR. #20146
Post Office Box 91530
Lafayette, Louisiana 70509
(337) 237-4370
ATTORNEYS FOR DEFENDANT, MOBILE-MINI, INC.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____