UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLOTTE SORINA-WASHINGTON | * | CIVIL ACTION #03-3643 |
| | * | 03-3643 |
| VERSUS | * | SECTION: "J" |
| | * | |
| MOBILE MINI, INC. AND | * | MAGISTRATE: 2 |
| XYZ INSURANCE COMPANY | * | |

## ORDER

Considering the foregoing Joint Motion of Dismissal;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the suit of CHARLOTTE SORINA-WASHINGTON, against Defendant, MOBILE-MINI, INC., be and is hereby dismissed, with prejudice;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear their respective costs incurred as a result of the above captioned lawsuit.

THUS DONE AND SIGNED this 19 day of May, 2006, at New Orleans, Louisiana.

_____
JUDGE

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep__
___ Doc. No.__